# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

**UNITED STATES OF AMERICA,**          :

      v.                                              :

      11 Cr. 330

**PEDRO RODRIGUEZ,**                       :

      J. Seibel

      Defendant.        :

------------------------------------------------------x

**PEDRO RODRIGUEZ**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 1349; 18 United States Code, Sections 1029; and 18 United States Code, Section 1028A, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                  _Pedro E. Rodriguez_
                                  Defendant.

                                  _[signature]_
                                  Counsel for Defendant.

Date:   White Plains, New York
        April 11, 2011