UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
United States of America,

                                Plaintiffs,        **NOTICE OF ADJOURNMENT OF SENTENCING**

   -against-

                                                                    11 Cr. 330 (CS)

Pedro Rodriguez,

                                Defendants.
-----------------------------------------------------------------x

The Sentencing previously scheduled by this Court for October 28, 2011 *is adjourned by this Court to November 10, 2011 at 11:30 a.m.* at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White Plains, NY 10601, Courtroom 218.

                                                                   */s/ Alice F. Cama*
                                                        Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
       October 18, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/11