UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.                                    11 CR 0330 (CS)

PEDRO RODRIGUEZ,                **TURNOVER ORDER**

                Judgment Debtor,
and

TRANSAMERICA
RETIREMENT SOLUTIONS, LLC,

                Third-Party Respondent.

      WHEREAS the Court entered judgment against PEDRO RODRIGUEZ on October 21, 2015, and ordered him to pay $500,000 in restitution to the victim of his crime;

      WHEREAS, as of August 8, 2025, Rodriguez has made restitution payments totaling $23,107.30, and his outstanding balance, including interest accrued at the rate of 0.31%, is $491,554.99;

      WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all property and rights to property of Rodriguez notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

      WHEREAS, pursuant to 18 U.S.C. § 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States issued and served a restraining notice on TRANSAMERICA RETIREMENT SOLUTIONS, LLC ("Transamerica") for substantial nonexempt property belonging or due to Rodriguez;

WHEREAS Transamerica answered that it holds retirement funds, subject to market fluctuation, for Rodriguez in a 401(a) Plan account in the Nyack Hospital Retirement Savings Plan and the Montefiore Nyack Hospital 403(b) Plan account;

WHEREAS the United States served Rodriguez with the restraining notice and its motion for turnover order, including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a);

WHEREAS the United States released the balance of the Montefiore Nyack Hospital 403(b) Plan account to Rodriguez Montefiore Nyack Hospital 403(b) Plan account and moved for turnover of Rodriguez's nonexempt retirement funds in the 401(a) Nyack Hospital Retirement Savings Plan account held by Transamerica;

WHEREAS Rodriguez has a substantial nonexempt interest in the funds held by Transamerica, to which the criminal judgment lien has attached, and therefore the restrained funds are subject to turnover;

IT IS HEREBY ORDERED that TRANSAMERICA RETIREMENT SOLUTIONS, LLC shall liquidate securities as needed to pay to the Clerk of Court the nonexempt property it has in its possession, custody, or control belonging to or due the defendant-judgment debtor, PEDRO RODRIGUEZ, namely 100% of the full liquidated value of his interest in the Nyack Hospital Retirement Savings Plan account, less any deductions required by law, with no withdrawal penalty. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (government authorized to garnish assets held in a retirement account to satisfy a restitution order); and *United States v. Novak*, 476 F.3d 1041, 1062 (9th Cir. 2006) (involuntary court-ordered distributions from retirement accounts to pay criminal restitution are not subject to additional tax or penalty for early withdrawal);

Payments should be made by cashier's check or certified funds to "Clerk of Court" with "No. 11 CR 330" written on the face of each payment and mailed to:

United States District Court
500 Pearl Street, Room 120
New York, New York 10007
Attn: Cashier

Dated: ~~New York~~ White Plains, New York
August 26, 2025

*Cathy Seibel*
UNITED STATES DISTRICT JUDGE

Turnover Order - Page 3